**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**QUINTON HARRIS**                                                                                           **PETITIONER**
**ADC #89321**

v.                                          **4:20-cv-00180-BRW-JTK**

**DEXTER PAYNE, Director,
Arkansas Division of Correction**                                                        **RESPONDENT**

## ORDER

I have received proposed findings and recommendations (Doc. No. 10) from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the I approve and adopt the findings and recommendations in their entirety.

Accordingly, the Motion to Dismiss (Doc. No. 8) is GRANTED and the petition for writ of habeas corpus is dismissed with prejudice.

I will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because I am not issuing a certificate of appealability, an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

IT SO ORDERED this 19th day of August, 2020.

                                                                          _Billy Roy Wilson_
                                                                         UNITED STATES DISTRICT JUDGE