**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**QUINTON HARRIS**                                                                              **PETITIONER**
**ADC #89321**

**v.**                                           **4:20-cv-00180-BRW-JTK**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, the Motion to Dismiss is granted and the

petition for writ of habeas corpus is dismissed with prejudice.

IT SO ORDERED this 19th day of August, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE